1230

No. 83–6619.   SMITH v. BRADFORD ET AL.   C. A. 6th Cir. Certiorari denied.

No. 83–6627.   ALERS v. PUERTO RICO ET AL.   Sup. Ct. P. R. Certiorari denied.

No. 83–6632.   BARHAM v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6655.   DARDEN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 83–6657.   LANDIS ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6659.   KAGELER ET AL. v. KEOHANE, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 83–6667.   HILL v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 83–6677.   HANSON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 83–6678.   HUTCHINSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6681.   RANGEL v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–6684.   ZULLO v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–6686.   MORROW v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–6687.   KELE v. HANBERRY, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 83–6692.   RUTLEDGE v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–1758.   RHINEHART ET AL. v. THE SEATTLE TIMES ET AL.   Sup. Ct. Wash.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.